WFG

October 6, 2023

<u>**Via Federal Express and Email**</u>
Sandra Olson (20SAK)
4801 Shady Meadows Place
San Jose, CA 95138

**Re: Resignation from World Financial Group Insurance Agency, LLC**

Dear Sandra,

This letter acknowledges your resignation from World Financial Group Insurance Agency, LLC (WFGIA) and the termination of your WFGIA Agent Agreement (Agreement). Thank you for your efforts on behalf of WFGIA and wish you well in your new endeavor.

Please be advised, you no longer represent WFGIA or World Financial Group (WFG) in any capacity, including engaging in any insurance or recruiting activities. You should refrain from representing to any persons and/or entities that you are associated with WFGIA, WFG and/or any of the affiliated companies. At this time, you must cease using any materials that have WFGIA's or WFG's name and/or logo, including but not limited to, business cards and letterhead. If applicable, please remove any sign reflecting the WFGIA or WFG names from any office in which you intend to conduct future business.

You must immediately remove your picture, any mention of your professional capacity (e.g., COO) and the reference to you as a "leader" from the Pinnacle Elite website, which is currently co-branded with WFGIA and WFG (See attached pages from the Pinnacle Elite webpage). Furthermore, you must immediately take down all references to WFGIA or WFG on social media, including any posts, and change your LinkedIn profile to indicate that you are no longer associated with WFGIA and WFG.

Although you are no longer associated with WFGIA, please be aware that you are bound by certain important continuing obligations, warranties, and representations, related to the business you conducted as a WFGIA agent. You can find more information in your Agent Agreement, but in general these obligations state that you have not and will not:

- Engage in any business, practice or behavior or take any action which has resulted or will result in any violation of any restriction or covenant to which [you are] subject pursuant to any agreement.
- Do anything that will damage the business, good name, or reputation of WFG, affiliated companies and/or their respective officers, directors, and employees.

- Either individually or in partnership or jointly or in conjunction with any other person or entity, as principal, agent, consultant, contractor, employer, employee or in any directly or indirectly, solicit, induce or entice away or in any other manner persuade or attempt to persuade any individual who is a current agent of WFGIA and with whom the Agent had business contact with on behalf of WFGIA or its affiliated or related entities, to terminate or alter their agent relationship with WFGIA to join a competing organization.
- Use, disseminate, or reveal any Confidential Information or Trade Secret of WFG/WFGIA/affiliated companies, its product providers, or customers which you currently have or may receive in the future. This includes, but is not limited, to hierarchy lists and personally identifiable information deemed confidential of WFGIA agents, associates, or customers, including their identities and contact information.
- Collect, access, store, transmit or otherwise disclose PII for any other purpose, or to any person other than WFG, product providers, or the individual who is the subject of the PII unless specifically authorized in writing by WFG, product providers, or the individual who is the subject of the PII, or as otherwise permitted by law.

Additionally, please note that any act by you that would induce or attempt to induce a WFGIA agent to breach any portion of his/her Agreements with WFGIA or any of its affiliates constitutes wrongful interference with the contractual rights of WFGIA and/or the contractual rights of WFGIA's affiliates. WFGIA will take whatever action it has available to it under the law to aggressively preserve its contractual rights.

The Agreement you signed provides for the immediate return all documents, files and lists containing any confidential and proprietary information or trade secrets (whether in electronic or hard copy form) without retaining copies or duplicates of them to WFGIA. These items include, but are not limited to client files and information, agent lists and information, life insurance or other product applications you may have in your possession, life insurance policies that require delivery as well as unused promotional or sales-related material. If you fail to deliver the above-described information, you will be violating the WFGIA Privacy Policy.

Any materials described above that remain in your possession should be returned via federal express to WFGIA's home office located at 11315 Johns Creek Parkway, Johns Creek, GA 30097 within five (5) business days from the date of this letter.

We have notified WFGIA's provider companies that you have resigned. However, please be aware that our acknowledgment of your resignation does not release you of contractual obligations you may have with those companies.

Should you have any questions, please contact WFGIA.

Sincerely,

World Financial Group Insurance Agency, LLC



## ANTHONY & LAURA RESENDEZ

Previous Career: Baseball Instructor & Registered Nurse

Pinnacle is more than just a career or an organization, it's a family. I know my brothers and sisters in business have my back as I have theirs. Pinnacle cultivates an environment of winning and I am grateful that we have Eric & Sandra Olson as our leadership.

## FOUNDER OF



## ERIC & SANDRA OLSON

FIELD CHAIRMAN

Eric Olson is a very successful entrepreneur from San Jose, CA. He is one of the top leaders in the financial industry. As the founder and CEO of Pinnacle Elite, Eric has over 5,000 licensed agents, and over 300 offices across North America. He was featured in Forbes magazine for his rapid success and expansion. As a former division 1 college athlete, Eric took his competitive spirit that he had in sports and brought it into business. He became a millionaire in his 20's and a multi-millionaire in his 30's. Now at age 38, Eric Olson's financial agency did over $80 million in net revenue, and he was paid over $7 million in net personal income in the last 12 months.

He inspires people to become the best version of themselves. He has helped thousands of clients get ahead financially, and has trained and developed hundreds of people to become successful brokers in the financial industry. He has dedicated his life to help others become successful. Eric has a huge vision to help lead, train, coach, develop, and mentor a minimum of 1,000 people to become millionaires themselves across the entire United States and Canada. He believes that if he helps others get to where they want to go, he will get to where he wants to go.

In his spare time, Eric enjoys traveling the world with his family and coaching his kids in sports. He is a strong man of faith and is married to Sandra Olson, his Chief Operations Officer (COO).

Sandra Olson is regarded as one of the most successful women entrepreneurs in the United States. This multi-millionaire visionary, best known for her ability to liberate through personal mentorship and coaching, has taken the role of COO of this financial company that has led to massive proportions. With a deep passion and commitment to create avenues for the community to make a better future, her work stimulates the creation of generational wealth in all aspects of the word.

Both Eric and Sandra devote their commitments to loving and caring for their four children and inspiring and supporting each other in business. Together, they are responsible for fostering hundreds of offices across North America.