**DLA PIPER LLP (US)**
TROY A. VALDEZ (SBN 191478)
troy.valdez@us.dlapiper.com
TOM LIN (SBN 319911)
tom.lin@us.dlapiper.com
EMILY R. MARGOLIS (SBN 324089)
emily.margolis@us.dlapiper.com
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel.:   415.836.2500
Fax:   415.836.2501

**DLA PIPER LLP (US)**
JOHN SAMUEL GIBSON (SBN 140647)
john.gibson@us.dlapiper.com
2000 Avenue of the Stars, Suite 400
Los Angeles, CA 90067-4735
Tel.:   310.595.3000
Fax:   310.595.3300

**DLA PIPER LLP (US)**
JULIE G. COOKER (SBN 319530)
julie.cooker@us.dlapiper.com
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Tel.:   858.677.1400
Fax:   858.677.1401

**DLA PIPER LLP (US)**
MICHAEL D. HYNES (*Pro hac vice forthcoming*)
michael.hynes@us.dlapiper.com
ALICE GYAMFI (*Pro hac vice forthcoming*)
alice.gyamfi@us.dlapiper.com
1251 Avenue of the Americas, Suite 2700
New York, NY 10020-1104
Tel.:   212.335.4500
Fax:   212.335.4501

**DLA PIPER LLP (US)**
ELLEN E. DEW (*Admitted Pro hac vice*)
ellen.dew@us.dlapiper.com
MEAGAN PACE (*Pro hac vice forthcoming*)
meagan.pace@us.dlapiper.com
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202-4576
Tel.:   410.580.3000
Fax:   415.580.3001

**DLA PIPER LLP (US)**
STEPHEN BARRETT (*Pro hac vice forthcoming*)
stephen.barrett@us.dlapiper.com
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Tel.:   215.656.3300
Fax:   215.656.3301

Attorneys for Plaintiff/Defendant
WORLD FINANCIAL GROUP INSURANCE AGENCY, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE**

| | |
|---|---|
| SANDRA OLSON, and GLOBAL FINANCIAL IMPACT, LLC<br><br>Plaintiffs,<br><br>v.<br><br>WORLD FINANCIAL GROUP INSURANCE AGENCY, LLC, and DOES 1-10, inclusive,<br><br>Defendants. | Consolidated Case No. 5:24-cv-00477-EJD<br><br>(Assigned to Hon. Edward J. Davila)<br><br>**DECLARATION OF JOHN SAMUEL GIBSON IN SUPPORT OF MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

DECLARATION OF JOHN SAMUEL GIBSON

# DECLARATION OF JOHN SAMUEL GIBSON

I, John Samuel Gibson, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner in DLA Piper LLP (US), attorneys of record for Plaintiff/Defendant World Financial Group Insurance Agency, LLC ("WFGIA") in the above-entitled matter. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify as to the matters stated herein.

2. I make this declaration in support of WFGIA's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge.

3. Attached as **Exhibit A** is a true and correct copy of excerpts of the Transcript of Eric Olson's Deposition, taken on July 11, 2024.

4. Attached as **Exhibit B** is a true and correct copy of a document produced by the Olsons in this litigation, bearing the bates label OLSON00012199.

5. Attached as **Exhibit C** is a true and correct copy of a document produced by the Olsons in this litigation, bearing the bates label OLSON00012523.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of August, 2024, Newport Beach, California.

_____
John Samuel Gibson