**DLA PIPER LLP (US)**
TROY A. VALDEZ (SBN 191478)
troy.valdez@us.dlapiper.com
TOM LIN (SBN 319911)
tom.lin@us.dlapiper.com
EMILY R. MARGOLIS (SBN 324089)
emily.margolis@us.dlapiper.com
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel.:    415.836.2500
Fax:    415.836.2501

**DLA PIPER LLP (US)**
JOHN SAMUEL GIBSON (SBN 140647)
john.gibson@us.dlapiper.com
2000 Avenue of the Stars, Suite 400
Los Angeles, CA 90067-4735
Tel.:    310.595.3000
Fax:    310.595.3300

**DLA PIPER LLP (US)**
JULIE G. COOKER (SBN 319530)
julie.cooker@us.dlapiper.com
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Tel.:    858.677.1400
Fax:    858.677.1401

**DLA PIPER LLP (US)**
MICHAEL D. HYNES (*Pro hac vice forthcoming*)
michael.hynes@us.dlapiper.com
ALICE GYAMFI (*Pro hac vice forthcoming*)
alice.gyamfi@us.dlapiper.com
1251 Avenue of the Americas, Suite 2700
New York, NY 10020-1104
Tel.:    212.335.4500
Fax:    212.335.4501

**DLA PIPER LLP (US)**
ELLEN E. DEW (*Admitted Pro hac vice*)
ellen.dew@us.dlapiper.com
MEAGAN PACE (*Pro hac vice forthcoming*)
meagan.pace@us.dlapiper.com
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202-4576
Tel.:    410.580.3000
Fax:    415.580.3001

**DLA PIPER LLP (US)**
STEPHEN BARRETT (*Pro hac vice forthcoming*)
stephen.barrett@us.dlapiper.com
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Tel.:    215.656.3300
Fax:    215.656.3301

Attorneys for Plaintiff/Defendant
WORLD FINANCIAL GROUP INSURANCE AGENCY, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE**

| | |
|---|---|
| SANDRA OLSON, and GLOBAL FINANCIAL IMPACT, LLC<br>                      Plaintiffs,<br><br>         v.<br><br>WORLD FINANCIAL GROUP INSURANCE AGENCY, LLC, and DOES 1-10, inclusive,<br>                      Defendants. | Consolidated Case No.  5:24-cv-00477-EJD<br><br>(Assigned to Hon. Edward J. Davila)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

THIS MATTER comes before the Court upon Plaintiff/Defendant World Financial Group Insurance Agency, LLC's ("WFGIA") Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge regarding Judge Cousins' July 29, 2024 Order (No. 5:24-cv-00480 ECF 214). All interested parties having appeared through counsel, and after full consideration of the parties' papers, the arguments of counsel, and all other files and papers herein, and for good cause appearing, the motion is [GRANTED/DENIED].

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE