UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA OLSON, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>WORLD FINANCIAL GROUP INSURANCE AGENCY, LLC,<br><br>   Defendant. | Case No. 5:24-cv-00477-EJD<br><br>**ORDER STAYING DISCOVERY**<br><br>Re: ECF No. 232 |

  Before the Court is Plaintiff Global Financial Impact, LLC's ("GFI") motion to stay discovery. ECF No. 232. GFI seeks to stay discovery related to Defendant World Financial Group Insurance Agency, LLC's ("WFG") counterclaims during the pendency of GFI's motion to dismiss, stay, or compel arbitration, ECF No. 190.

  Courts have broad discretion in controlling discovery. *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). Courts routinely exercise that discretion to grant stays pending resolution of a motion to compel arbitration, because if that motion is granted, the arbitrator will have the authority to determine the nature and scope of discovery. *See Mahamedi IP L., LLP v. Paradice & Li, LLP*, No. 5:16-CV-02805, 2017 WL 2727874, at *1 (N.D. Cal. Feb. 14, 2017) (collecting cases); *Stiener v. Apple Computer, Inc.*, No. C 07-4486 SBA, 2007 WL 4219388, at *1 (N.D. Cal. Nov. 29, 2007). A short stay often will serve the parties' interests in conserving resources and the court's interest in securing just, speedy, and inexpensive resolutions of cases before it. *Stiener*, 2007 WL 4219388, at *1; *see also* Fed. R. Civ. P. 1.

  The same holds true here. Engaging in fulsome discovery while GFI's motion to compel

Case No.: 5:24-cv-00477-EJD
ORDER STAYING DISCOVERY

1

arbitration is pending could undermine the potential efficiencies of arbitration and lead to inconsistent results. Further, the Court is not persuaded that a stay would significantly prejudice WFG. WFG asserts several arguments in opposition to GFI's motion to stay discovery, but none are availing. ECF No. 234. Notably, WFG cites concealment and spoliation of evidence by GFI. Though the Court does not condone such discovery misconduct if it is occurring, WFG has not proffered enough evidence at this time to show that the risk of concealment or spoliation of evidence outweighs the benefits of a temporary discovery stay.

For the foregoing reasons, the Court **GRANTS** GFI's motion to stay discovery. All discovery related to WFG's counterclaims shall be stayed until the Court issues a ruling on GFI's motion to dismiss, stay, or compel arbitration, ECF No. 190.

**IT IS SO ORDERED.**

Dated: July 6, 2025

EDWARD J. DAVILA
United States District Judge

Case No.: 5:24-cv-00477-EJD
ORDER STAYING DISCOVERY
2